UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RAMIREZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ON HABEAS CORPUS,<br><br>　　　　Respondent. | Case No.: 1:13-cv-00435-JLT<br><br>ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY THE COURT'S ORDER<br><br>THIRTY DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### PROCEDURAL HISTORY

　　　　The instant petition was filed on March 25, 2013. (Doc. 1). After conducting an initial review of the petition, the Court, on April 18, 2013, ordered Petitioner to file a first amended petition within thirty days. (Doc. 4). The original petition contained claims that were incomprehensible; moreover, the petition contained insufficient information for the Court to conduct a preliminary review regarding timeliness and exhaustion. Finally, the original petition names an improper respondent, thus depriving the Court of jurisdiction. Petitioner was advised of all of these defects and the need to file an amended petition correcting these problems; however, he has yet to file the first amended petition despite the fact that almost four months have elapsed since the deadline imposed by the Court's April 18, 2013 order. In that order, Petitioner was advised, in language that was **<u>underlined and bolded</u>**, that failure

to comply with the Court's order within thirty days "may result in an Order of Dismissal or a Recommendation that the petition be dismissed…." (Doc. 4, p. 7).  Petitioner will be afforded one final opportunity to file his amended petition and correct the deficiencies previously noted by the Court or face dismissal of his petition.

## ORDER

For the foregoing reasons, the Court HEREBY ORDERS:

1. Petitioner is ORDERED TO SHOW CAUSE within thirty (30) days of the date of service of this Order why the Petition should not be dismissed for failure to comply with the Court's April 18, 2013 order to file an amended petition.

***Petitioner is forewarned that his failure to comply with this order may result in a Recommendation that the Petition be dismissed pursuant to Local Rule 110.***

IT IS SO ORDERED.

Dated:   **September 19, 2013**              **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE